AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

COPY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-mj- 1098-NPM |
| ALEX JARED ZWIEFELHOFER and CRAIG AUSTIN LANG | ) ) ) ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ALEX JARED ZWIEFELHOFER                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Violence; Interference with Commerce by Violence |
|---|---|
| 18 U.S.C. §§ 924(c)(1)(A)(iii), (j)(1) and (o) | Conspiracy to Use a Firearm During a Crime of Violence; Use and Discharge of a Firearm During and in Relation to a Crime of Violence which Resulted in the Death of a Person |

Date:  8-16-19                                                                  _____
                                                                                                    *Issuing officer's signature*

City and state:     Fort Myers, Florida                              Nicholas P. Mizell, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
|---|

I CERTIFY THE FOREGOING TO BE A TRUE
Date: _____      AND CORRECT COPY OF THE ORIGINAL
                                                                                                    _____
                                                                                                    *Arresting officer's signature*
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                BY: _____                            _____
                        DEPUTY CLERK                                              *Printed name and title*

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
Fort Myers, FLORIDA

**OFFENSE CHARGED**

Count One – Conspiracy to Interfere with Commerce by Violence
Count Two – Interference with Commerce by Violence
Count Three – Conspiracy to Use a Firearm during a crime of violence
Count Four – Use and Discharge of a Firearm during a crime of violence resulting in the death of a person

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Plaintiff   U.S. vs. ALEX JARED ZWIEFELHOFER

Address   Dane County Jail, 115 West Doty Street, Madison, WI

Birth Date   05/28/1997
☒ Male   ☐ Female   ☐ Alien

SSN: 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   FBI No. 78876DH5

Place of Offense
Lee County

U.S.C. Citation
18 U.S.C. §§ 1951(a); 924(c)(1)(A)(iii); (j)(1) and (o)

**DEFENDANT**
**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons} was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
   If answer to (6) is "Yes", show name of institution: _____
   Booking No. _____
   Has detainer ☐ Yes } If "Yes"
   been filed? ☐ No } give date filed:
                        Mo.   Day   Year
   DATE OF
   ARREST

   Or... if arresting Agency & Warrant were not Federal
                        Mo.   Day   Year
   DATE TRANSFERRED
   TO U.S. CUSTODY ►

☐ This report amends AO 257 previously submitted

........................PROCEEDING........................
Name of Complainant Agency, or Person (& Title, if any)

Special Agent James Roncinske, Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP
  ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
                           DOCKET NO.
  ☐ U.S. Attorney  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s)   MAGISTRATE CASE NO.
  before U.S. Magistrate regarding
  this defendant were recorded under ►

Name and Office of Person
Furnishing information on This Form

Maria Chapa Lopez   ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Asst. U.S. Attorney: **Jesus M. Casas**

| ADDITIONAL INFORMATION OR COMMENTS |
|---|

METHOD OF SERVICE:   RECOMMENDED BOND:   Will there be a defendant or witness in custody? ☐ Yes ☐ No

DEFENSE COUNSEL:
☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☐ (RE) Retained
☐ (TB) To be Appointed

OCDETF Case  ☐ Yes ☒ No                Start Date: _____
Gang Member: ☐ Yes ☒ No    If Yes, gang affiliation:

| Statutes | Penalty Provisions |
|---|---|
| 18 U.S.C. § 1951(a) | A term of imprisonment of no more than twenty (20) years, a term of supervised release of no more than three (3) years, a fine not to exceed $250,000, and a special assessment of $100.00. |
| 18 U.S.C. § 924(c)(1)(A)(iii) | A term of imprisonment of no less than ten (10) years, a term of supervised release of no more than five (5) years, a fine not to exceed $250,000, and a special assessment of $100.00. |
| 18 U.S.C. § 924(j)(1) | A term of death or imprisonment of any term to include life, a term of supervised release of no more than five (5) years, a fine not to exceed $250,000, and a special assessment of $100.00. |
| 18 U.S.C. § 924(o) | A term of imprisonment of no more than twenty (20) years, a term of supervised release of no more than three (3) years, a fine not to exceed $250,000, and a special assessment of $100.00. |