# COURTROOM MINUTES
# CRIMINAL

DATE: 9/6/2019   DAY: Friday   START TIME: 9:39 AM   END TIME: 9:46 AM
JUDGE/MAG.: S. Crocker   CLERK: K. Frederickson   REPORTER: FTR
PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐ NO ☐
CASE NUMBER: 19-mj-94-slc   CASE NAME: USA v. Alex Jared Zwiefelhofer
PROCEEDING: Initial Appearance - Rule 5

**APPEARANCES:**
ASST. U.S. ATTY.: Dave Reinhard   DEFENDANT ATTY.: Peter Moyers

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Case will be presented to the grand jury in the Middle District of Florida on 9/11/2019

Identity, Probable Cause, and Detention Hearing to be waived by defendant if grand jury returns a true bill

Commitment to Another District to be issued if grand jury returns a true bill

Telephonic Status Conference set as a placeholder on 9/12/2019 at 9:00 AM

TOTAL COURT TIME: 7 min.