# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-mj-94-slc |
| | ) | |
| Alex Jared Zwiefelhofer | ) | Charging District's Case No. 2:19-mj-1098-NPM |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*　　Middle District of Florida

I have been informed of the charges and of my rights to:

(1)　　retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)　　an identity hearing to determine whether I am the person named in the charges;

(3)　　production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)　　a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)　　a hearing on any motion by the government for detention;

(6)　　request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑　　an identity hearing and production of the warrant.

☑　　a preliminary hearing.

☑　　a detention hearing.

☑　　an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:　9/30/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

PETER MOYERS

_____
*Printed name of defendant's attorney*